**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 9:22-cv-81004-AMC**

STEPHEN MUCCIO, individually and
on behalf of all others similarly situated,   **CLASS ACTION**

    Plaintiff,   **JURY TRIAL DEMANDED**

v.   **REQUEST FOR HEARING**

GLOBAL MOTIVATION, INC., and
JORDAN R. BELFORT,

    Defendants.
_____/

## NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff hereby gives notice of the following persuasive authority supporting his arguments as to why this Court has jurisdiction over the case: *Tyner v. Hi.Q, Inc.*, Case No. 5:21-cv-00608-F (W.D. Okla. Dec. 7, 2022) ("In *Gadelhak v. AT&T Servs.*, Inc., 950 F.3d 458, 462-63 (7th Cir. 2020), cert. denied, 141 S.Ct. 2552 (2021), then Circuit Judge Amy Coney Barrett, writing for the Seventh Circuit panel, concluded that the receipt of 'unwanted text messages' constituted 'concrete harm' sufficient to establish standing for a TCPA § 227(b)(1) claim because the 'harm posed by unwanted text messages is analogous' to the kind of harm that the common law tort of intrusion upon seclusion addressed. In *TransUnion LLC v. Ramirez*, the Supreme Court cited with approval the *Gadelhak* decision. *See, TransUnion LLC*, 141 S.Ct. at 2204. Based upon the *Gadelhak* decision, the court is satisfied that Tyner, claiming the receipt of two unsolicited prerecorded voice messages

invaded her privacy or intruded on her seclusion, has standing to prosecute her claims under Count I of the Complaint.").

A copy of the Order is attached as **Exhibit A**.

Date: December 7, 2022

                                                Respectfully submitted,

                                                **HIRALDO P.A.**

                                                */s/ Manuel S. Hiraldo*
                                                Manuel S. Hiraldo, Esq.
                                                Florida Bar No. 030380
                                                401 E. Las Olas Boulevard
                                                Suite 1400
                                                Ft. Lauderdale, Florida 33301
                                                Email: mhiraldo@hiraldolaw.com
                                                Telephone: 954.400.4713
                                                *COUNSEL FOR PLAINTIFF*