UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-81004-CIV-CANNON/Reinhart

STEPHEN MUCCIO, individually and
on behalf of all others similarly situated,

        Plaintiff,

v.

GLOBAL MOTIVATION, INC., and
JORDAN R. BELFORT,

        Defendants.

_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff Stephen Muccio appeals to the Eleventh Circuit Court of Appeals the Order Granting Defendants' Motion to Dismiss, [ECF No. 40], attached as **Exhibit A**. Pursuant to Federal Rule of Appellate Procedure 3(c)(6), Plaintiff designates only the part of the Order dismissing Counts I and II of Plaintiff's First Amended Complaint under the Florida Telephone Solicitation Act, Fla. Stat. § 501.059, for lack of Article III standing. Although the Order is labeled as being "without prejudice," it is considered an appealable final order.[1] Pursuant to Federal Rule of Appellate Procedure 3(c)(3), Plaintiff notes that the instant matter is a putative class action, but a class has not been certified.

---

[1] *See Gomez v. Dade Cty. Fed. Credit Union*, 610 F. App'x 859, 862-63 (11th Cir. 2015) (confirming jurisdiction over appeal where "the court dismissed plaintiff's case without prejudice [for lack of standing], but Gomez did not take the . . . opportunity to amend and refile his complaint. Instead, he appealed."); *Davis Forestry Corp. v. Smith*, 707 F.2d 1325 n.18 (11th Cir.1983) ("A dismissal without prejudice can be appealed as a final order.").

Dated: January 5, 2023

    Respectfully submitted,

**NORMAND PLLC**

*/s/ Jacob Phillips*
Jacob L. Phillips, Esq.
jacob.phillips@normandpllc.com
Florida Bar No. 0120130
Post Office Box 1400036
Orlando, FL 32814-0036
Tel: 407-603-6031

**HIRALDO P.A.**

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
Florida Bar No. 030380
mhiraldo@hiraldolaw.com
401 E. Las Olas Blvd.,
Suite 1400
Ft. Lauderdale, FL 33301
Tel: 954-400-4713