# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

September 25, 2023

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810



Appeal Number: 23-10081-JJ
Case Style: Stephen Muccio v. Global Motivation, Inc., et al
District Court Docket No: 9:22-cv-81004-AMC

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

In the

# United States Court of Appeals

For the Eleventh Circuit

_____

No. 23-10081

_____

STEPHEN MUCCIO,
individually and on behalf of all
others similarly situated,

                                                             Plaintiff-Appellant,

*versus*

GLOBAL MOTIVATION, INC.,
JORDAN R. BELFORT,

                                                             Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:22-cv-81004-AMC

_____

ISSUED AS MANDATE 9/25/2023

Case 9:22-cv-81004-AMC   Document 44   Entered on FLSD Docket 09/28/2023   Page 3 of 8
USCA11 Case: 23-10081   Document: 26-1   Date Filed: 09/25/2023   Page: 2 of 2

2                                                                              23-10081

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: August 25, 2023

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE 9/25/2023

[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 23-10081

Non-Argument Calendar

_____

STEPHEN MUCCIO,
individually and on behalf of all
others similarly situated,

                          Plaintiff-Appellant,

versus

GLOBAL MOTIVATION, INC.,
JORDAN R. BELFORT,

                          Defendants-Appellees.

_____

Case 9:22-cv-81004-AMC   Document 44   Entered on FLSD Docket 09/28/2023   Page 5 of 8
USCA11 Case: 23-10081   Document: 24-1   Date Filed: 08/25/2023   Page: 2 of 3

2                    Opinion of the Court                    23-10081

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 9:22-cv-81004-AMC

_____

Before ROSENBAUM, JILL PRYOR, and BLACK, Circuit Judges.

PER CURIAM:

Stephen Muccio appeals from the dismissal of his amended complaint for lack of Article III standing. Muccio brought this putative class action against Global Motivation, Inc. and its owner, Jordan Belfort, alleging Global Motivation sent him and at least 100 other individuals five unsolicited text messages using automated computer systems to solicit the sale of consumer goods or services. He asserted two counts under the Florida Telephone Solicitation Act (FTSA), Florida Statute § 501.059, and three counts under the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 (TCPA).

Global Motivation and Belfort moved to dismiss the complaint for lack of Article III standing, and the district court agreed. Citing *Salcedo v. Hanna*, 936 F.3d 1162 (11th Cir. 2019), and *Drazen v. Pinto*, 41 F.4th 1354 (11th Cir. 2022), *vacated*, 61 F.4th 1297 (11th Cir. 2023) (*Drazen I*), the district court found Muccio could not establish a concrete harm, notwithstanding Muccio's attempts to distinguish our prior precedent based on the number of text messages he received and on the language of the FTSA.

Case 9:22-cv-81004-AMC   Document 44   Entered on FLSD Docket 09/28/2023   Page 6 of 8
USCA11 Case: 23-10081   Document: 24-1   Date Filed: 08/25/2023   Page: 3 of 3

23-10081                Opinion of the Court                3

After Muccio appealed from the dismissal, however, we vacated the panel opinion in *Drazen I* and reheard it as a full court. We then explained "the Constitution empowers Congress to decide what degree of harm is enough so long as that harm is similar in kind to a traditional harm." *Drazen v. Pinto*, __ F.4th __, No. 21-10199, slip op. at 17, (11th Cir. July 24, 2023) (en banc) (*Drazen II*). "[T]he harm associated with an unwanted text message shares a close relationship with the harm underlying the tort of intrusion upon seclusion." *Id.* at 17. As a result, "the receipt of an unwanted text message causes a concrete injury." *Id.* at 18. And, like Congress did with the TCPA, the Florida Legislature "has used its lawmaking powers to recognize a lower quantum of injury necessary to bring a claim under the [FTSA]." *Id.*

We do not fault the district court's reliance on *Salcedo* and *Drazen I* when it dismissed the case in December 2022. Nevertheless, we review standing issues *de novo*, *Muransky v. Godiva Chocolatier, Inc.*, 979 F.3d 917, 923 (11th Cir. 2020) (en banc), and with the benefit of *Drazen II*, we conclude Muccio has standing to bring his claims.

We **REVERSE** the district court's dismissal for lack of standing and **REMAND** for further proceedings.

**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 25, 2023

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 23-10081-JJ
Case Style: Stephen Muccio v. Global Motivation, Inc., et al
District Court Docket No: 9:22-cv-81004-AMC

All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. <u>Although not required</u>, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website. Enclosed is a copy of the court's decision filed today in this appeal. Judgment has this day been entered pursuant to FRAP 36. The court's mandate will issue at a later date in accordance with FRAP 41(b).

The time for filing a petition for rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing or for rehearing en banc is timely only if received in the clerk's office within the time specified in the rules. Costs are governed by FRAP 39 and 11th Cir.R. 39-1. The timing, format, and content of a motion for attorney's fees and an objection thereto is governed by 11th Cir. R. 39-2 and 39-3.

Please note that a petition for rehearing en banc must include in the Certificate of Interested Persons a complete list of all persons and entities listed on all certificates previously filed by any party in the appeal. <u>See</u> 11th Cir. R. 26.1-1. In addition, a copy of the opinion sought to be reheard must be included in any petition for rehearing or petition for rehearing en banc. <u>See</u> 11th Cir. R. 35-5(k) and 40-1 .

Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation for time spent on the appeal no later than 60 days after either issuance of mandate or filing with the U.S. Supreme Court of a petition for writ of certiorari (whichever is later) via the eVoucher system. Please contact the CJA Team at (404) 335-6167 or cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

Pursuant to Fed.R.App.P. 39, <u>costs taxed against appellees</u>.

Please use the most recent version of the Bill of Costs form available on the court's website at www.ca11.uscourts.gov.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1A Issuance of Opinion With Costs