UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81004-CIV-CANNON

**STEPHEN MUCCIO**,

    Plaintiff,

v.

**GLOBAL MOTIVATION, INC.** and
**JORDAN R. BELFORT**,

    Defendants.
_____/

### ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND CLOSING CASE

**THIS CAUSE** came before the Court upon Defendants' Motion to Dismiss Plaintiff's Complaint for lack of subject matter jurisdiction ("the Motion"), filed on December 15, 2023 [ECF No. 59]. Defendants move in that motion to dismiss for lack of jurisdiction, arguing that Plaintiff fails to allege facts sufficient to establish subject matter jurisdiction under the Class Action Fairness Act ("CAFA"), 28 U.S.C. §1332(d) [ECF No. 59 pp. 5–6]. The Court has reviewed the Motion and Plaintiff's Notice of Non-Opposition, in which Plaintiff agrees that the Court lacks jurisdiction under CAFA [ECF No. 60 p. 1]. In light of the absence of jurisdiction as agreed to by the parties and as confirmed by the Court's independent review, it is **ORDERED AND ADJUDGED** as follows:

1. Defendants' Motion to Dismiss [ECF No. 59] is **GRANTED** on the question of CAFA jurisdiction only.

2. The case is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS MOOT**, and all deadlines are **TERMINATED**.

5. The Court expresses no view on the merits of the underlying controversy or on any other issue other than the Court's lack of jurisdiction under CAFA.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of January 2024.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:   counsel of record